## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 1:12-cv-00615-CJB |
| | ) |
| EQUINIX, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Karen H. Bromberg, Damir Cefo, Joyce E. Kung, and Francisco A. Villegas of the law firm Cohen & Gresser LLP to represent Plaintiff AIP Acquisition LLC in this matter.

Dated:  June 12, 2012

By:   */s/ Richard K. Herrmann*
Richard K. Herrmann (I.D. No. 405)
Mary B. Matterer (I.D. No. 2696)
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Plaintiff AIP Acquisition LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____        _____
                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 12, 2012

Signed: _____
Karen H. Bromberg, Esq.
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
(212) 957-7604
kbromberg@CohenGresser.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 12, 2012

Signed: _____
Damir Cefo, Esq.
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
(212) 957-7006
dcefo@CohenGresser.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Connecticut, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 6, 2012

Signed: _____
Joyce E. Kung, Esq.
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
(212) 707-7261
jkung@CohenGresser.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California, Connecticut, and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: June 12, 2012

Signed: _____
Francisco A. Villegas, Esq.
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
(212) 957-2018
fvillegas@CohenGresser.com