IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-615 (CJB) |
| | ) |
| EQUINIX, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendant to move, answer or otherwise respond to the Complaint is extended until August 27, 2012.

MORRIS JAMES LLP

/s/ *Richard K. Herrmann*

Richard K. Herrmann (#405)
Kenneth L. Dorsney (#3726)
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
kdorsney@morrisjames.com
mmatterer@morrisjames.com
(302) 888-6800
*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*

SO ORDERED this ___, day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

6106573.1