IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-615 (RGA) (CJB) |
| | ) |
| EQUINIX, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for the defendant to move, answer or otherwise respond to the Complaint is extended until September 28, 2012.

| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Kenneth K. Dorsney* | */s/ Jack B. Blumenfeld* |
| Richard K. Herrmann (#405) | Jack B. Blumenfeld (#1014) |
| Kenneth L. Dorsney (#3726) | 1201 North Market Street |
| Mary B. Matterer (#2696) | P.O. Box 1347 |
| 500 Delaware Avenue, Suite 1500 | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| rherrmann@morrisjames.com | jblumenfeld@mnat.com |
| kdorsney@morrisjames.com | |
| mmatterer@morrisjames.com | *Attorneys for Defendant* |
| (302) 888-6800 | |
| *Attorneys for Plaintiff* | |

SO ORDERED this ___, day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

6281869.1