## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

```
                                          x
                                          :
AIP ACQUISITION LLC,                      :
                                          :
                    Plaintiff,            :
                                          :   C.A. No. 12-00615 (RGA)(CJB)
         v.                               :
                                          :
EQUINIX, INC.,                            :
                                          :
                    Defendant.            :
                                          :
                                          x
```

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a), the parties hereby stipulate to dismiss the Complaint for Patent Infringement and Demand for Jury Trial and any other claims, counterclaims and affirmative defenses that could have been asserted in this action with prejudice, and move the Court accordingly.

Each party is to bear its own costs and attorneys' fees.

**MORRIS JAMES LLP**

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Mary B. Matterer*

Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant*

*-and-*

*(lead counsel)*
**COHEN & GRESSER LLP**
Karen H. Bromberg
Francisco A. Villegas
800 Third Avenue
New York, NY 10022
kbromberg@cohengresser.com
fvillegas@cohengresser.com
(212) 957-7600

*Attorneys for Plaintiff*

SO ORDERED this [8th], day of October, 2012.

UNITED STATES MAGISTRATE JUDGE
District